IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GERALD McPEEK, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 13-2194-CEJ |

AMENDED AGREED JUDGMENT BETWEEN THE UNITED STATES
AND DEFENDANTS GERALD McPEEK AND THERESA
McPEEK ON ALL COUNTS OF THE UNITED STATES' COMPLAINT

IT IS HEREBY STIPULATED AND AGREED between plaintiff United States and defendants Gerald McPeek and Theresa McPeek, through their respective undersigned counsel, that judgment shall be entered on counts I through III of the United States' complaint as set forth below.

1. Judgment shall be entered in favor of plaintiff United States and against defendant Gerald McPeek on count I of the United States' complaint in the amount of $1,334,877.38 (relating to Gerald McPeek's federal income tax liabilities for tax years ending December 31, 1998, December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, and December 31, 2007, and relating to civil tax penalties pursuant to 26 U.S.C. § 6651(f) for tax years ending December 31, 1998, December 31, 1999, and December 31, 2000), plus statutory additions and interest accruing according to law from March 31, 2014, until fully paid.

2. Judgment shall be entered in favor of plaintiff United States and against defendant Theresa McPeek on count II of the United States' complaint in the amount of $1,070,606.94 (relating to defendant Theresa McPeek's federal income tax liabilities for tax years ending December 31, 1998, December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, and December 31, 2007, plus statutory additions and interest accruing according to law from March 31, 2014, until fully paid.

3. Judgment shall be entered in favor of the United States on count III of the complaint against defendants Gerald McPeek and Theresa McPeek as follows:

(a) The federal tax liens, described in paragraphs 24 and 25 of the United States' complaint, are valid and subsisting liens that attached to all property and rights to property of Gerald McPeek and Theresa McPeek pursuant to 26 U.S.C. §§ 6321 and 6322, including the parcels of real property, comprised of adjoining buildings, located at 4137 Mexico Road and 4139 Mexico Road, St. Peters, Missouri with the following legal description:

> UNITS 7 AND 8 OF LINJAN BUILDING NO. 2, AS PER PLAT THEREOF RECORDED IN PLAT BOOK 21 PAGE 197 OF THE ST. CHARLES COUNTY RECORDS, TOGETHER WITH THE UNDIVIDED SHARE OF COMMON ELEMENTS THERETO BELONGING, ALL ACCORDING TO AND MORE PARTICULARLY DESCRIBED IN LINJAN BUILDING NO. 2 DECLARATION OF CONDOMINIUM BY-LAWS AND RESTRICTIONS RECORDED IN BOOK 896 PAGE 1180 OF THE ST. CHARLES COUNTY RECORDS.
>
> ADDRESS: 4137 MEXICO ROAD AND 4139 MEXICO ROAD;

(b)     The federal tax liens shall be enforced against the real property located at 4137 Mexico Road and 4139 Mexico Road, St. Peters, Missouri and the property shall be sold pursuant further order of the Court.

RICHARD G. CALLAHAN
United States Attorney

CAROLINE D. CIRAOLO
Acting Assistant Attorney General
Tax Division


/s/ LaQuita Taylor-Phillips
LaQuita Taylor-Phillips
Trial Attorney
Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 305-7945
Facsimile: (202) 514-6770
E-mail:LaQuita.Taylor-Phillips@usdoj.gov
Counsel for the United States


 /s/ Harry Charles
Harry Charles
Charles Law Office
230 South Bemiston Avenue
Suite 730
St. Louis, Missouri 63105
Telephone: (314) 862-7900
Facsimile: (314) 862-6121
E-mail: hcharlesatty@aol.com
Counsel for Gerald and Theresa McPeek
TAMMY DICKINSON
United States Attorney

THE FOREGOING STIPULATION IS HEREBY APPROVED AND SO-ORDERED THIS 28th DAY OF October, 2015. THE CLERK SHALL ENTER JUDGMENT ACCORDINGLY.

_____
THE HONORABLE CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

13215810.1

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13-cv-02194-CEJ |
| ) | |
| GERALD McPEEK, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2015, I filed the UNITED STATES' UNOPPOSED MOTION FOR AN AMENDED JUDGMENT AND ORDER OF SALE, Proposed ORDER, and Proposed AMENDED AGREED JUDGMENT BETWEEN THE UNITED STATES AND DEFENDANTS GERALD McPEEK AND THERESA McPEEK ON ALL COUNTS OF THE UNITED STATES' COMPLAINT with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

Harry Charles
Charles Law Office
230 South Bemiston Avenue
Suite 730
St. Louis, Missouri 63105

Robert E. Hoeynck
Assistant County Counselor
100 North Third Street, Suite 216
St. Charles, Missouri 63301

\s\ LaQuita Taylor-Phillips
LAQUITA TAYLOR-PHILLIPS
Trial Attorney
Tax Division , U.S. Department of Justice
Post Office Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7945
Facsimile:  (202) 514-6770
Email: LaQuita.Taylor-Phillips@usdoj.gov

13258454.1